UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SERVICES ADMINISTRATIVE CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> BLUELINE BUILDERS AND CONSTRUCTION INC., <br><br> Defendant. | Case No. 2:25-cv-08155-SB-AJR <br><br> ORDER TO SHOW CAUSE |

      Plaintiffs filed their complaint against Defendant Blueline Builders and Construction Inc. on August 29, 2025. On September 26, 2025, Plaintiffs filed proof of service on Defendant. *See* Dkt. No. 10. Defendant failed to timely respond, and Plaintiffs have not sought entry of default against Defendant. Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than October 30, 2025, why their claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

      The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 30, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims.

Date: October 21, 2025

                                               Stanley Blumenfeld, Jr.
                                            United States District Judge